**FILED**

**1/4/2017**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUN 2 0 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Phillip Jackson

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom dart

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

16c 6411
Judge  Andrea R. Wood
Magistrate Judge Sidney I. Schenkier
PC 1

Case No._____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__✓__       COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
            U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
            28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: _Phillip Jackson_

B. List all aliases: _____

C. Prisoner identification number: _1344623_

D. Place of present confinement: _East Moline C.C._

E. Address: _100 Hillcrest Rd, East Moline IL 61244_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: _Tom dart_

Title: _Cook County Sherrif_

Place of Employment: _Cook County Jail_

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: _____ N/A _____

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/A _____

D.    List all defendants: _____ N/A _____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F.    Name of judge to whom case was assigned: _____ N/A _____

G.    Basic claim made: _____ N/A _____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I.    Approximate date of disposition: _____ N/A _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

12/15/14 I was housed in Div 2 Dorm 4 in a Condemed Area with leaky Ceiling's, wet floor, Mildew on vent, Ceiling, Mildew on Shower wall, garbage on floor's, Stopped up drain in Shower, dirt And debris were floating in water while I was in the Shower. Rat/ Roaches were Constantly Running Around. Also the Smell of strong urine from the toilets being Constantly backed up Permeated A Stench in the Air. Along with being Over Crowded, where as Inmate were literally Right on top of Each Other, Causing Many days of tension Amongst the Inmate's And My Safety was Always in Jeopardy.

Revised 9/2007

Revised 9/2007

V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Monetary damages_

VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☑ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __25__ day of __May__, 20 __16__

_Phillip Jackson_
(Signature of plaintiff or plaintiffs)

_Phillip Jackson_
(Print name)

_B44623_
(I.D. Number)

_East Moline CC_
_100 Hillcrest Rd_
_East Moline, IL 61244_
(Address)

6                                                                 Revised 9/2007

Phillip Jackson 1344623
East Moline CC
100 Hillcrest Rd
East Moline, IL, 61244

Inmate mail from IL
Dept. of Corrections



FOREVER

16c 6411
Judge   Andrea R. Wood
Magistrate Judge Sidney I. Schenkier
PC 1

United State District Court
219 S. Dearborn st
Chicago, IL, 60604